■ ANN M. BRANCA et al., Individually and as Shareholders of MULVEY-MCKEEVER EXHIBITION CO., INC., et al., Appellants, v MULVEY-MCKEEVER EXHIBITION CO., INC., Respondents. — Judgment of the Supreme Court, Westchester County, entered August 8, 1983, affirmed, with one bill of costs to respondents appearing separately and filing separate briefs, for the reasons stated in the memorandum of Justice Slifkin at Special Term. Titone, J. P., Rubin, Boyers and Eiber, JJ., concur.